[No. 7396–6–I.   Division One.   May 19, 1980.]

KENNETH MCMILLAN, *Appellant,* v. GLORIA'S SCHOOLS
OF BEAUTY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 844778, Frank J. Eberharter, J., entered February 9, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Ringold, JJ.